474

**C.C.H. as Parent and Natural Guardian of T.G., A Minor and C.C.H. in Her Own Right, Petitioners,**

v.

**PHILADELPHIA PHILLIES, INC., Joseph Fabrizzo, John Scaruzzi, and Michael Ibbetson, Respondents.**

Supreme Court of Pennsylvania.

March 14, 2007.

## *ORDER*

PER CURIAM.

AND NOW, this 14th day of March, 2007, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following question:

Whether the defense of consent is available in civil cases stemming from sexual contact with a minor under the age of 13 where the Legislature has precluded such defense by statute in criminal proceedings?